**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:  CHAPTER 15

**Klimer Manufacturing, Inc.,**  CASE NO. 18-05004-5-SWH

       Debtor.

## NOTICE OF FILING OF PETITION FOR RECOGNITION OF A FOREIGN PROCEEDING

    NOTICE IS HEREBY GIVEN OF Petition for Recognition of a Foreign Proceeding of Klimer Manufacturing, Inc. The foreign representative is seeking an Order recognizing the Canadian insolvency proceeding of Klimer Manufacturing, Inc., as a **foreign main proceeding** under Chapter 15 of the United States Bankruptcy Code. A copy of the petition, assignment and appointment of Trustee in the Canadian insolvency, and statement of information pursuant to Rule 1007(a)(4) are attached to this notice.

    <u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then **on or before November 8, 2018** (November 5, 2018, if this notice is received by CM/ECF service), you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:

        Ms. Stephanie Butler
        Clerk, U.S. Bankruptcy Court
        300 Fayetteville Street, Second Floor
        P.O. Box 791
        Raleigh, NC  27602

    If you mail your request or response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

    A hearing on this matter will be conducted on **November 13, 2018, at 10:30 a.m.** at the courthouse located at:

        United States Courthouse
        Room 208
        300 Fayetteville Street
        Raleigh, NC 27602

This the 15th of October, 2018.

          **JANVIER LAW FIRM, PLLC**

          s/ Kathleen O'Malley
          Kathleen O'Malley, N.C. State Bar No. 51654
          William P. Janvier, N.C. State Bar No. 21136
          Attorneys for Debtor
          311 E. Edenton Street
          Raleigh, North Carolina 27601
          Telephone: (919) 582-2323
          Facsimile: (866) 809-2379
          Email: kathleen@janvierlaw.com

| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| EASTERN DISTRICT OF NORTH CAROLINA | |
| Case number (if known) _____ Chapter 15 | ☐ Check if this an amended filing |

## Official Form 401
## Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | Debtor's name | **_Kilmer Manufacturing, Inc._** |
| 2. | Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number ___<br>☑ Other **_143553_**. Describe Identifier **_Canadian Business Number_** .<br>**For individual debtors**<br>☐ Social Security Number: ___<br>☐ Individual Taxpayer Identification Number (ITIN): ___<br>☐ Other ___. Describe Identifier ___. |
| 3. | Name of foreign representative(s) | *Scott, Pichelli & Easter Limited, Trustee of the Estate of Kilmer Manufacturing, Inc.* |
| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | *In the Matter of the Bankruptcy of Kilmer Manufacting, Inc., District of Ontario, Division 07-Hamilton, Estate no. 32-2415004* |
| 5. | Nature of the foreign proceeding | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | Evidence of the foreign proceeding | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____ |
| 7. | Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending).<br>☑ Yes |

| | | |
|---|---|---|
| 8. **Others entitled to notice** | Attach a list containing the names and addresses of: | |
| | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, | |
| | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and | |
| | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. | |

| | | |
|---|---|---|
| 9. **Addresses** | **Country where the debtor has the center of its main interests:** | **Debtor's registered office:** |
| | Canada | 7045 Auburn Rd., Milton, Ontario L9E 0T6 |
| | | P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code |
| | | Canada |
| | | Country |
| | **Individual debtor's habitual residence:** | **Address of foreign representative(s):** |
| | | 3600 Billings Court, Suite 109, Burlington, Ontario L7N 3N6 |
| | P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code | P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code |
| | | Canada |
| | Country | Country |

| | |
|---|---|
| 10. **Debtor's website (URL)** | *klimer.com* |

| | |
|---|---|
| 11. **Type of debtor** | *Check one:* |
| | ☑ Non-individual (*check one*): |
| | ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1. |
| | ☐ Partnership |
| | ☐ Other. Specify: _____ |
| | ☐ Individual |

| 12. | Why is the venue proper in *this district*? | *Check one:* |
|---|---|---|
| | | ☑ Debtor's principal place of business or principal assets in the United States are in this district. |
| | | ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district. |
| | | ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: |

| 13. | Signature of foreign representative(s) | I request relief in accordance with the chapter 15 of title 11, United States Code. |
|---|---|---|
| | | I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition. |
| | | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. |
| | | I declare under penalty of perjury that the foregoing is true and correct. |

X _[signature]_
Signature of foreign representative

Scott, Pichelli & Easter Limited, by Joel Easter
Printed name

Executed on  10 / 10 / 2018
                MM / DD / YYYY

X _____
Signature of foreign representative

Printed name

Executed on _____
                MM / DD / YYYY

| 14. | Signature of attorney | X _[signature]_ | Date 12/11/18 |
|---|---|---|---|
| | | Signature of Attorney for foreign representative | MM / DD / YYYY |

**William P. Janvier 21136**
Printed name

**Janvier Law Firm, PLLC**
Firm name

**311 East Edenton Street**
**Raleigh, NC 27601**
Number, Street, City, State & ZIP Code

**919-582-2323**
Contact phone

bill@janvierlaw.com
Email address

**21136 NC**
Bar number and State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                   CHAPTER 11

**Klimer Manufacturing, Inc.,**                  CASE NO. 18-

       Debtor.

**RULE 1007(a)(4) STATEMENT OF INFORMATION**

NOW COMES, Scott, Pichelli & Easter Limited, Trustee, duly authorized foreign representative for Klimer Manufacturing, Inc., (the "Debtor"), through counsel, pursuant to Bankruptcy Rule 2014, and respectfully submits the following information pursuant to Bankruptcy Rule 1007(a)(4) in connection with his petition for recognition of a foreign proceeding:

A. Corporate Ownership Statement pursuant to Bankruptcy Rule 7007.1

No corporation owns more than 10% of the stock in Klimer Manufacturing, Inc.

B. Persons or bodies authorized to administer foreign proceedings.

Scott, Pichelli & Easter Limited is the trustee appointed by the Official Receiver in the District of Ontario, Division 7, for the Canadian Office of the Superintendent of Bankruptcy. As the trustee of the Debtor's estate, Scott, Pichelli & Easter Limited is the entity authorized to deal with the property of the Debtor and act on behalf of the bankruptcy estate under the Canadian Bankruptcy and Insolvency Act. The mailing address for Scott, Pichelli & Easter Limited is:

Scott, Pichelli & Easter Limited
ATTN: Joel Easter
3600 Billings Court, Suite 109
Burlington, Ontario L7N 3N6
CANADA

C. Parties to litigation in the United States

    a. Debtor is a defendant in *Almeida, e. al. v. Associated Scaffolding Company, Inc.*, filed as case number 16 CV 001726 in the North Carolina Superior Court, Durham County. The parties to that proceeding are listed in Exhibit A attached hereto.

    b. Debtor is a defendant in *Guevara v. Choate Constructions Company, et. al.*, filed as case number 18 CVS 2301 in the North Carolina Superior Court, Durham County. The parties to that proceeding are listed in Exhibit B attached hereto.

D. Entities against whom provisional relief is sought

    The Debtor is not seeking provisional relief at this time.

This the _____ day of October, 2018.

    s/ Kathleen O'Malley
Kathleen O'Malley, N.C. State Bar No. 51654
William P. Janvier, N.C. State Bar No. 21136
311 E. Edenton Street
Raleigh, NC 27601
Telephone: (919) 582-2323
Facsimile: (866) 809-2379
Email: kathleen@janvierlaw.com

# EXHIBIT A

Silvia A. Almeida, Administrator
Estate of Anderson A. Almeida
c/o John R. Edwards,
David F. Kirby, and William . Bystrynski
Edwards Kirby, LLP
PO Box 17005
Raleigh, NC 27619

Olimpia Pena, Administrator
Estate of Jose Erasmo Claros Hernandez
c/o John R. Edwards,
David F. Kirby, and William . Bystrynski
Edwards Kirby, LLP
PO Box 17005
Raleigh, NC 27619

Richard P. Nordan, Administrator
Estate of Jose Luis Lopez-Ramirez
c/o Chuk E. Umerah
210 E. Russell Street, #106
Fayetteville, NC 28301

Associated Scaffolding Company, Inc.
2102 Fay Street
Durham, NC 27704

Associated Scafforlding Company, Inc.
c/o Frederick Rom and
Mason E. Freeman
Womble Bond Dickinson
PO Box 831
Raleigh, NC 27602

Choate Construction Company
2907 Providence Road
Charlotte, NC 28211

Choate Construction Company
c/o Rodney E. Petty and
Sean T. Patrick
Yates, McLamb & Weyher, LLP
PO Box 2889
Raleigh, NC 27602

Jannawall, Inc.
8000 Poplar Tent Road Suite E
Concord, NC 28027

Jannawall, Inc.
c/o Brian M. Love
Teague Campbell Dennis & Gorham
PO Box 19207
Raleigh, NC 27619

**EXHIBIT B**

Elmer Guevara
c/o Shilanka Inel Ware
Kreger Law Firm
5003 Southpark Drive
Suite 260
Durham, NC 27713

Juba Aluminum Products Co.
8000 Poplar Tent Road
Concord, NC 28027

Juba Aluminum Products Co.
c/o Keith Coltrain
Wall Templeton
PO Box 10937
Raleigh, NC 27605

Jannawall, Inc.
8000 Poplar Tent Road Suite E
Concord, NC 28027

Janawall, Inc.
c/o Kenny Rotenstreich
Teague Rostenstreich Stanaland
 Fox and Holt, PLLC
101 S. Elm Street, Suite 350
Greensboro, NC 27401

Choate Construction Company
2907 Providence Road
Charlotte, NC 28211

Choate Construction
c/o Rodney Pettey and
Sean Patrick
Yates, McLamb & Weyher, LLP
PO Box 25176
Raleigh, NC 27602

District of Ontario
Division No. 09-TORONTO
Court No.
Estate No.

Certified copy according to the records of the Superintendent of Bankruptcy this .....5........
day of .....October....., 2018
OFFICIAL RECEIVER

# FORM 21
## Assignment for the General Benefit of Creditors
### (Section 49 of the Act)

In the matter of the bankruptcy of
KLIMER MANUFACTURING INC., of the city of Milton, in the province of Ontario,
OF THE TOWN OF MILTON, IN THE REGIONAL MUNICIPALITY OF HALTON, IN THE PROVINCE OF ONTARIO.

This indenture made August 29, 2018

between

KLIMER MANUFACTURING INC.
(*Insert the full legal name of the debtor*)

7045 AUBURN RD.
Milton
Ontario
Canada L9E 0T6
(*Insert address of the debtor*)

hereinafter called "the debtor"

and

Scott, Pichelli & Easter Limited
(*Insert the name of the trustee*)

hereinafter called "the trustee."

(*Check applicable category*)

☐ Natural person    X   Corporate or other legal entity

Whereas the debtor is insolvent and desires to assign and to abandon all his/her property for distribution among his/her creditors, in pursuance of the Act,

This indenture witnesses that the debtor does hereby assign to the trustee all the debtor's property for the uses, intents and purposes provided by the Act.

Signed at the city of Burlington, in the Province of Ontario, in the presence of JOEL EASTER.

_____    August 29, 2018    _____
Witness                              Date                                Debtor
                                                                (*or* legal representative

http://osbefile.ic.gc.ca/EstateManagement/displayDocument?language=en&id=38457711    05/10/2018



**Industry Canada**
Office of the Superintendent of Bankruptcy Canada

**Industrie Canada**
Bureau du surintendant des faillites Canada

Certified copy according to the records of the Superintendent of Bankruptcy this 5 day of October 20.18

RECEIVER

District of: Ontario
Division No.: 07 - Hamilton
Court No.: 32-2415004
Estate No.: 32-2415004

In the Matter of the Bankruptcy of:

**KLIMER MANUFACTURING INC.**
Debtor

**SCOTT, PICHELLI &EASTER LIMITED**
Licensed Insolvency Trustee

Ordinary Administration

| | | | |
|---|---|---|---|
| Date and time of bankruptcy: | August 29, 2018, 16:46 | Security: | $0.00 |
| Date of trustee appointment: | August 29, 2018 | | |
| Meeting of creditors: | September 18, 2018, 10:00<br>3600 Billings Court, Suite 109<br>BURLINGTON, Ontario<br>Canada, | | |
| Chair: | Trustee | | |

### CERTIFICATE OF APPOINTMENT - Section 49 of the Act; Rule 85

-- AMENDED --

I, the undersigned, official receiver in and for this bankruptcy district, do hereby certify that:
- the aforenamed debtor filed an assignment under section 49 of the *Bankruptcy and Insolvency Act*;
- the aforenamed trustee was duly appointed trustee of the estate of the debtor.

The said trustee is required:
- to provide to me, without delay, security in the aforementioned amount;
- to send to all creditors, within five days after the date of the trustee's appointment, a notice of the bankruptcy; and
- when applicable, to call in the prescribed manner a first meeting of creditors, to be held at the aforementioned time and place or at any other time and place that may be later requested by the official receiver.

Date: August 29, 2018, 16:49

E-File/Dépôt Electronique

Official Receiver

Federal Building - Hamilton, 55 Bay Street N, 9th Floor, Hamilton, Ontario, Canada, L8R3P7, (877)376-9902



**CERTIFICATE OF SERVICE**

      I, Kathleen O'Malley, do hereby certify that the foregoing **NOTICE OF FILING OF PETITION FOR RECOGNITION OF A FOREIGN PROCEEDING and PETITION** has been served upon each of the parties listed below by placing copies of the same in the United States mail, postage prepaid or by electronic mail as indicated below.

Marjorie K. Lynch     (Via CM/ECF)
Bankruptcy Administrator
434 Fayetteville St., Suite 640
Raleigh, NC 27601

Klimer Manufacturing, Inc.
ATTN: James Gordon, President
7045 Auburn Rd.
Milton, Ontario L9E 0T6
Canada

Scott, Pichelli & Easter, Limited
ATTN: Joel Easter
3600 Billings Court, Suite 109
Burlington, Ontario L7N 3N6
Canada

Silvia A. Almeida, Administrator
Estate of Anderson A. Almeida
c/o John R. Edwards,
David F. Kirby, and William . Bystrynski
Edwards Kirby, LLP
PO Box 17005
Raleigh, NC 27619

Olimpia Pena, Administrator
Estate of Jose Erasmo Claros Hernandez
c/o John R. Edwards,
David F. Kirby, and William . Bystrynski
Edwards Kirby, LLP
PO Box 17005
Raleigh, NC 27619

Richard P. Nordan, Administrator
Estate of Jose Luis Lopez-Ramirez
c/o Chuk E. Umerah
210 E. Russell Street, #106
Fayetteville, NC 28301

Associated Scaffolding Company, Inc.
ATTN: Managing Agent
2102 Fay Street
Durham, NC 27704

Associated Scaffolding Company, Inc.
c/o Frederick Rom and
Mason E. Freeman
Womble Bond Dickinson
PO Box 831
Raleigh, NC 27602

Choate Construction Company
ATTN: Managing Agent
2907 Providence Road
Charlotte, NC 28211

Choate Construction Company
c/o Rodney E. Petty and
Sean T. Patrick
Yates, McLamb & Weyher, LLP
PO Box 2889
Raleigh, NC 27602

Jannawall, Inc.
ATTN: Managing Agent
8000 Poplar Tent Road Suite E
Concord, NC 28027

Jannawall, Inc.
c/o Brian M. Love
Teague Campbell Dennis & Gorham
PO Box 19207
Raleigh, NC 27619

Elmer Guevara
c/o Shilanka Inel Ware
Kreger Law Firm
5003 Southpark Drive
Suite 260
Durham, NC 27713

Juba Aluminum Products Co.
ATTN: Managing Agent
8000 Poplar Tent Road
Concord, NC 28027

Juba Aluminum Products Co.
c/o Keith Coltrain
Wall Templeton
PO Box 10937
Raleigh, NC 27605

Janawall, Inc.
c/o Kenny Rotenstreich
Teague Rostenstreich Stanaland
 Fox and Holt, PLLC
101 S. Elm Street, Suite 350
Greensboro, NC 27401

Choate Construction
c/o Rodney Pettey and
Sean Patrick
Yates, McLamb & Weyher, LLP
PO Box 25176
Raleigh, NC 27602

All other parties registered to receive electronic service through the CM/ECF system.

      This the 15th day of October, 2018.

                              JANVIER LAW FIRM, PLLC

BY:   s/ Kathleen O'Malley
       Kathleen O'Malley, NCSB 51654
       311 E. Edenton Street
       Raleigh, NC 27601
       Telephone: (919) 582-2323
       Facsimile: (866) 809-2379
       Email: kathleen@janvierlaw.com